UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCO ALMONTE
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK POLICE DEPARTMENT
44 PRECINT
KENNETH HINES
LAURA CADAVID

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
AUG 28 2015
PRO SE OFFICE

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  MARCO ALMONTE
             ID #  69856-054
             Current Institution  METROPOLITAN CORRECTIONAL CENTER
             Address  150 PARK ROW
                      NEW YORK, NEW YORK 10007

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  KENNETH HINES                     Shield # _____
                  Where Currently Employed  NEW YORK CITY POLICE DEPT 44Th PCT
                  Address  170Th STREET and JEROME AVENUE

Rev. 05/2010

1

Defendant No. 2   Name **LAURA CADAVID** _____ Shield # _____
Where Currently Employed **NEW York City police Dept 44 PCT**
Address **170th street Jerome Avenue**

Defendant No. 3   Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
**Outside the entrance of Claremont PARK on Morris and Teller Avenue**

B.   Where in the institution did the events giving rise to your claim(s) occur?
**On the sidewalk outside the park**

C.   What date and approximate time did the events giving rise to your claim(s) occur?
**December 5th, 2013 at approximately 12:30 AM**

D. Facts: *What happened to you?* I was stopped while I was walking up Teller Avenue and ordered by officer hines to put my hands up, to which after I inquired why, officer hines attempted to frisk me without probable cause, then when I tried to leave and go about my business officer hines attacked me applying choke holds, and punches and he did drag me along the concrete severely scraping and cutting my forearm and fracturing my wrist and hand.

*Who did what?* Officer hines attacked me and injured my left wrist and forearm causing me substantial pain and he also applied numerous illegal choke holds which caused me to fear for my life

*Was anyone else involved?* Laura Cadavid jumped on top of me while officer hines had me bent in a choke hold and bent my arms back to place handcuffs on me

*Who else saw what happened?* Carmen Santiago, Nelson Flee

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I recieved a fractured left wrist and hand including an approximately 8 inch long scar from the friction burn on my forearm, I have gone through numerous therapy and exercises to try to heal the injuries to my left wrist and hand and my hand and wrist has not gotten better awaiting hand surgery and I had to apply a cream to my forearm to heal the skin to which now I have a permanent scar and disfigurement.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

  Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

  Yes ____   No ____   Do Not Know ____

  If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

  Yes ____   No ____

  If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

  Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

  1. Which claim(s) in this complaint did you grieve? _____

  _____

  2. What was the result, if any? _____

  _____

  3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

  _____

  _____

  _____

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here: _____

  _____

  _____

  _____

  2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). The plaintiff is asking for 2 million dallors 2,000,000 in compensation to pay for the surgery to My Left hand and wrist and for income he will not be Able to obtain due to the disability that will be perManent and Long Lasting to which the plaintiff will have very limited use of his Left hand as well as to cover for the substantial pain and discomfort the plaintiff has went through and will continue to go through. That defendant Kenneth Hines be placed on modified duty and suspended for the illegal use of force and unconstitutional stop N frisk.

## VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

*Rev. 05/2010*                                5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="border:1px solid">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **25** day of **August**, 20**15**.

Signature of Plaintiff: *Marco Almonte*

Inmate Number: 69856-054

Institution Address: Metropolitan Correctional Center, 150 Park Row, New York, New York 10007

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **25** day of **August**, 20**15**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Marco Almonte*



MARCO ALMONTE
NUMBER 69856-054
[METROPO]LITAN CORRECTIONAL CENTER
[...]ROW
[...], NY 10007



PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, N.Y. 10007-1312

MAIL                                                        LEGAL MAIL